IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRANCE WILLS**                                                                                 **PETITIONER**
*Reg #29547-031*

v.                          CASE NO. 2:22-CV-00205-BSM

**C. EDGE, Acting Warden,**
**FCI Forrest City, Arkansas**                                                              **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 10] is adopted, and Terrance Wills's habeas petition [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE